211 So.2d 332

Edward EUGENE et al.

v.

Ruth Evelyn VENTRESS and Rose Garrett, wife of Clarence Thomas.

No. 49306.

June 21, 1968.

In re: Ruth Evelyn Ventress applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 341.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

211 So.2d 332

Michael Scott LAWLESS

v.

STEEL ERECTORS, INC., et al.

No. 49307.

June 21, 1968.

In re: Steel Erectors, Inc., and Tri-State Insurance Group applying for certio-

rari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So.2d 749.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.